428 A.2d 249

Commonwealth v. Muldrow, Appellant.

Argued December 5, 1979. John W. Packel, Chief, Appeals, Assistant Public Defender, for appellant; Lee Kaplan, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, MONTGOMERY and CIRILLO, JJ.*

Judgment of sentence affirmed.